11-2613-cr
United States v. Tillman

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

### SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT . CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 30th day of May, two thousand twelve.

PRESENT: RALPH K. WINTER,
         JOSEPH M. McLAUGHLIN,
         DENNY CHIN,
                  Circuit Judges.

- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,
         Appellee,

                                        11-2613-cr

         -v.-

DONNA TILLMAN,
         Defendant-Appellant.

- - - - - - - - - - - - - - - - - - - -x

FOR APPELLEE:               MATTHEW L. SCHWARTZ, Assistant United States Attorney (Katherine Polk Failla, Assistant United States Attorney, on the brief), for Preet Bharara, United States Attorney for the Southern District of New York, New York, New York.


FOR DEFENDANT-APPELLANT:    BETH M. FARBER, New York, New York.


Appeal from a judgment of the United States District Court for the Southern District of New York (Sweet, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Following a jury trial, defendant-appellant Donna Tillman was convicted on three counts of making false statements in connection with applications for federal worker's compensation and federally funded food stamps, in violation of 18 U.S.C. §§ 1920 and 1001(a)(2).  On June 27, 2011, Tillman was sentenced principally to a term of imprisonment of a year and a day.  We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

On May 21, 2010, Tillman moved in the district court to dismiss the indictment for prosecutorial vindictiveness. Tillman contended that the government charged her in this case in retaliation for her request for a probationary sentence in an earlier money laundering case.  On July 30, 2010, the district court denied Tillman's motion in a thorough, carefully considered, twenty-three-page decision.  See United States v. Tillman, No. 10 Cr. 127, 2010 WL 3000189 (S.D.N.Y. July 30, 2010).  The sole issue on appeal is Tillman's contention that the district court erred in denying her motion to dismiss.

Upon de novo review of the legal principles guiding the district court and clear error review of the district court's factual findings, we conclude that the district court did not err in denying Tillman's motion to dismiss.  See United States v. Johnson, 171 F.3d 139, 140 (2d Cir. 1999) (per curiam).  As the district court found, the government "provided a clear explanation of its prosecution [in this case] sufficient to rebut

-2-

the presumption of vindictiveness raised by [Tillman's] claims." Tillman, 2010 WL 3000189, at *6; see United States v. King, 126 F.3d 394, 399 (2d Cir. 1997) ("A presumption of vindictiveness may be rebutted with a showing of legitimate, articulable, objective reasons for the [indictment].") (internal quotation marks omitted).

We have considered Tillman's remaining arguments and find them to be without merit. Accordingly, we hereby **AFFIRM** the judgment of the district court.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK
